United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                  Case No. 2:24-cr-02

Anthony J. Williams

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   July 18, 2024 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Noah Litton |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Kevin West |
| Interpreter: | | Pretrial/Probation: | |

Defendant changed his plea to guilty as to Counts 1-3 of the Indictment.

PSI report ordered.

Defendant to remain in custody pending sentencing.